USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
JOSEPH P. LASALA and                              :
FRED S. ZEIDMAN, as CO-TRUSTEES                   :    06 Civ. 4335 (CSH)
of the AREMISSOFT CORPORATION                     :
LIQUIDATING TRUST,                                :
                                                  :
    Plaintiffs,                                 :
                                                  :
    v.                                          :    **ORDER**
                                                  :
LLOYDS TSB BANK, PLC,                             :
                                                  :
    Defendant.                                  :
-----------------------------------------------------------

Plaintiffs move for reconsideration of the Court's order entered on August 16, 2007, dismissing the complaint against defendant bank Lloyds TSB Bank PLC on the ground of *forum non conveniens*.

Plaintiffs based this motion on "new circumstances," specifically, the notice given by the United States Department of Justice that the Government intended to bring civil money laundering claims against the defendant and another foreign bank similarly situated pursuant to 18 U.S.C. §§ 1956 and 1957. The Government's intended actions grew out of the same nucleus of facts as the captioned case. Plaintiffs argued in their motion for reconsideration that the pendency of such a closely related case should be factored into the *forum non conveniens* calculus.

While plaintiffs' motion for reconsideration was pending, the Government filed civil money laundering claims against the Bank of Cyprus Public Company Limited, S.D.N.Y. Docket Number 07 Civ. 9234, and the defendant in the captioned case, Docket Number 07 Civ. 9235.

In Orders filed today, the Court dismissed both these actions on the ground of lack of subject matter jurisdiction. Those dismissals eliminate the basis for the plaintiffs' motion for reconsideration. That motion is accordingly DENIED.

It is SO ORDERED.

Dated: New York, New York
       March 31, 2009

                                              CHARLES S. HAIGHT, JR.
                                              SENIOR UNITED STATES DISTRICT JUDGE